# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CATHERINE E. CZYZ,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D21-2967

[October 13, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2020-CA-008440-XXXX-MB.

Catherine E. Czyz, West Palm Beach, pro se.

David A. Greene and Amy S. Rubin of Fox Rothschild LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***